IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANASTASIOS PAPADOPOULOUS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-4163 |
| | : | |
| PETER G. MYLONAS, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 6th day of September 2011, upon consideration of Plaintiff's Motion to Remand (Doc. No. 11) and Second Motion to Remand (Doc. No. 13), and Defendants' Response in Opposition to the Motion to Remand (Doc. No. 14) and Response in Opposition to the Second Motion to Remand (Doc. No. 15), and for reasons stated in the Opinion of the Court filed this day, it is **ORDERED** as follows:

1. Plaintiff's Motion to Remand (Doc. No. 11) is **GRANTED**.

2. Plaintiff's Second Motion to Remand which requests that the Court determine the Motion to Remand prior to determining the citizenship of Plaintiff (Doc. No. 13) is **DENIED**.

3. The Clerk of Court shall **REMAND** this case to the Court of Common Pleas of Philadelphia County.

4. All outstanding Motions are **DENIED as moot**.

5. The Clerk of Court shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.