IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANASTASIOS PAPADOPOULOUS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 11-4163 |
| PETER G. MYLONAS, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of October 2011, upon consideration of Defendants' Motion for Reconsideration and supporting exhibits (Doc. No. 17), Plaintiff's Response to Defendants' Motion for Reconsideration (Doc. No. 20), the Court Order dated September 6, 2011 granting the Motion to Remand (Doc. No. 18), and the accompanying Opinion (Doc. No. 17), it is **ORDERED** that the Motion for Reconsideration (Doc. No. 19) is **GRANTED**. This case will not be remanded and this Court's Order dated September 6, 2011 granting the Motion to Remand (Doc. No. 18) is vacated. The Clerk of Court is directed to obtain the case file from the Court of Common Pleas of Philadelphia County and restore the case to this Court's docket.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.