IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANASTASIOS PAPADOPOULOUS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-4163 |
| | : | |
| PETER G. MYLONAS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of October 2011, upon consideration of Defendants' Memorandum of Law Regarding Jurisdiction to Reconsider Remand (Doc. No. 24), and Plaintiff's Memorandum of Law [Regarding Jurisdiction to Reconsider Remand] (Doc. No. 25), it is **ORDERED** that the October 11, 2011 Order granting Defendants' Motion for Reconsideration (Doc. No. 22) is **VACATED**. The Court had no jurisdiction to enter the Order of October 11, 2011.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.